IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 06-0055 |
| 2005 LEXUS SUV RX 330, VIN 2T2HA31U65C055483 | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

AND NOW, this 4th day of May, 2007, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved, and incorporated by reference, the specific terms of which are incorporated herein in its entirety into this Order.

It is further ORDERED, ADJUDGED and DECREED that the Defendant Vehicle be, and hereby is, forfeited free and clear of all right, title and interest of any person or entity, except subject to the current lien held by Chase Automotive Finance Corporation (Chase).

It is further ORDERED, ADJUDGED and DECREED that the United States convey the Defendant Vehicle to Chase for the consideration of its lien balance and for the payment by Chase of the sum of $1,009.84 to the United States.

It is further ORDERED, ADJUDGED and DECREED that Chase pay to the United States the amount of $1,009.84 by check payable to the United States Marshals Service.

It is further ORDERED, ADJUDGED and DECREED that a certificate of reasonable cause is hereby entered pursuant to 28 U.S.C. §2465.

The Clerk shall mark this case administratively closed.

_[signature]_
J.